Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 99 C 1082 | DATE | 8/25/2000 |
| CASE TITLE | Elois Redding vs. Chicago Transit Authority | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiff's response to defendant's summary judgment motion extended to 8/30/00; reply brief extended to 9/20/00. Enter Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 3 number of notices | Document Number |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | AUG 29 2000 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | kb docketing deputy initials | 30 |
| | Mail AO 450 form. | ED-7 FILED FOR DOCKETING | | |
| | Copy to judge/magistrate judge. | | 8/28/2000 date mailed notice | |
| ETV | courtroom deputy's initials | 00 AUG 28 PM 4: 46 | ETV mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**

AUG 2 9 2000

ELOIS REDDING,

   Plaintiff,

v.

CHICAGO TRANSIT AUTHORITY,
an Illinois corporation,

   Defendant.

Civil Action No. 99 C 1082

Judge Rebecca R. Pallmeyer

## STIPULATED MOTION TO AMEND BRIEFING SCHEDULE

On July 11, 2000, the Court entered an Order setting the briefing schedule on the CTA's motion for summary judgment. Redding's brief was due on August 25, 2000 and the CTA's reply was due on September 15. Plaintiff has requested, and defendant does not oppose, a three day extension of time. Accordingly, the parties stipulate, and request the Court's permission, to file their respective briefs on August 30 and September 20.

_____
Harold V. Johnson
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
Suite 3600 – NBC Tower
Chicago, Illinois 60611

**Attorneys for Plaintiff**
**Elois Redding**

_____
Ruth I. Major, Esq.
Chicago Transit Authority
Merchandise Mart, 23rd Floor
P.O. Box 3555
Chicago, Illinois 60654

**Attorneys for Defendant**
**Chicago Transit Authority**

IT IS SO ORDERED.

DATED: 8/25/00

_____
Judge Rebecca R. Pallmeyer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing STIPULATED MOTION TO AMEND BRIEFING SCHEDULE was served by first class mail upon counsel for defendant on August 25, 2000 at the following address:

    Ruth I. Major, Esq.
    Chicago Transit Authority
    Merchandise Mart – 23rd Floor
    P.O. Box 3555
    Chicago, Illinois 60654

*[signature]*

BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza
Chicago, Illinois 60611-5599
(312) 321-4200

Attorney for Plaintiff,
*Elois Redding*